UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

IN RE:

CARLOS GARCIA,                                      CASE NO.: 22-17692-RAM
                                                    CHAPTER 13

        Debtor(s).

_____/

**CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**TO ENFORCE FINAL JUDGMENT OF FORECLOSURE**
*Subject Property: 1575W 6TH AVE, HIALEAH, FL 33010*

Creditor, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT (the "Creditor"), by and through undersigned counsel and pursuant to 11 U.S.C. §362(d), Federal Rule of Bankruptcy Procedure 4001 and Local Rule 4001-1, moves this Court for relief from the automatic stay to proceed *in rem*, and states:

1.      **Summary of Motion**: The Creditor seeks relief from the automatic stay as the Debtor, CARLOS GARCIA (the "Debtor"), is in default under the Note and Mortgage and is not adequately protecting the Creditor.

2.      **Creditor's Interest**: The Debtor filed this voluntary Chapter 13 proceeding on October 2, 2022. The Creditor holds a security interest in the subject property located at *1575W 6TH AVE, HIALEAH, FL 33010* (the "Property"), more fully described as:

**I.OT 53 OF LUNSFORD GARDENS, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 30, PAGE 4, OF THE PUBLIC OF MIAMI DADE COUNTY FLORIDA.**

3.      **Debtor's Intentions**: Based on the Debtor's proposed *First Amended Chapter 13 Plan* [DE 33] filed January 11, 2023 (the "Plan"), provides for MMM Adequate Protection payments to Creditor in the amount of $531.96 pending resolution and completion of mediation. The First Amended Plan was confirmed providing the adequate protection payments on February 24, 2023 [D.E. 43].

4.      **Standing**: The Creditor possesses standing to bring this Motion and the right to foreclose by virtue of the Final Judgment of Foreclosure entered on November 8, 2021, in the amount of $787,924.17 (the "Judgment"). ***See Exhibit "A"***.

5.      **Property Valuation**: Pursuant to the County Property Appraiser's Office in which the Property lies situate, the Property is valued at $301,080.00. ***See Exhibit "B"***. Pursuant to *Rule 803(8) Federal Rules of Evidence*, the property appraiser valuation is permissible.

6.      **Grounds for Relief**: The Creditor maintains that cause exists pursuant to 11 U.S.C. §362(d)(1) for the automatic stay to be lifted. The Creditor's security interest in the Property is being significantly jeopardized by the Debtor's failure to satisfy the Judgment while the Creditor is prohibited from pursuing lawful remedies to protect such interest.

The Debtor's First Amended Plan was confirmed providing MMM adequate protection payments pending completion of the Mediation. A Final Mediation Report was issued on June 14, 2023 [D.E. 47] in which the report indicated there was no agreement. It has been over forty-five (45) days since the issuance of the final mediation report and yet no Modified Plan has been filed either curing the default pursuant to the Proof of Claim No. 1 nor has the Debtor modified to surrender or pay direct the subject property.

7.      **Servicer:** Rushmore Loan Management Services LLC is servicing the loan on behalf of the Creditor.  Any payments made to the Creditor must be sent to Rushmore Loan

Management Services LLC, P.O. Box 52708, Irvine, CA 92619-2708.

8. **Fees Incurred:** Creditor incurred necessary fees to prosecute this motion. Creditor requests that bankruptcy fees of $850.00 and costs of $176.00 be awarded *in rem* for the Motion.

9. **Waiver of Rule 4001(a)(3):** Creditor requests that the Court waive the 14 day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3), so that Creditor can pursue its *in rem* remedies without further delay.

**WHEREFORE**, the Creditor respectfully requests that this Court issue an Order terminating or modifying the stay, awarding it fees and costs in the amount of $1,026.00, waiving the 14 day stay of such order, and for any such further relief this Court deems proper and just.

Diaz Anselmo & Associates, P.A.
**Attorneys for Creditor (SHD No. 1461-188464)**
P.O. BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax:  (954) 564-9252

By:  /s/ Ida A. Moghimi-Kian
     Ida A. Moghimi-Kian
     Florida Bar No.56395
     IMoghimi-Kian@dallegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, August 28, 2023, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

CARLOS GARCIA
1575 WEST 6 AVENUE
HIALEAH, FL 33010
*Debtor(s)*

RICARDO A. RODRIGUEZ
14261 COMMERCE WAY, STE. 105
MIAMI LAKES, FL 33016
*Attorney for Debtor(s)*

NANCY K. NEIDICH
PO BOX 279806
MIRAMAR, FL 33027
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*

Diaz Anselmo & Associates, P.A.
**Attorneys for Creditor (SHD No. 1461-188464)**
P.O. BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax:  (954) 564-9252

By: /s/ Ida A. Moghimi-Kian
     Ida A. Moghimi-Kian
     Florida Bar No.56395
     IMoghimi-Kian@dallegal.com

# MOTION FOR RELIEF EXHIBIT "A"

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2016-033272-CA-01
SECTION: CA21
JUDGE: David C. Miller

**US BANK NATIONAL ASSOCIATION**

Plaintiff(s)

vs.

**Carlos Garcia et al**

Defendant(s)

_____/

**<u>FINAL JUDGMENT OF FORECLOSURE</u>**

**THIS ACTION** was heard before the court for a Non-Jury Trial on November 5, 2021. On the evidence presented, **IT IS ORDERED AND ADJUDGED** that Final Judgment is hereby GRANTED against all Defendants listed by name: UNKNOWN SPOUSE OF CARLOS GARCIA NKA MAITE MORALES; UNKNOWN PARTY IN POSSESSION 1 NKA LOUISA MENENDEZ; and CARLOS GARCIA.

1.    **Amounts Due and Owing.**  Plaintiff is due:

| | |
|---|---|
| Principal due on the note secured by the mortgage foreclosed: | $313,860.13 |
| Interest on the note and mortgage from 12/1/2011 to 11/5/2021 | $363,779.97 |
| Title search expenses | $350.00 |
| Taxes | $39,825.84 |
| Insurance premiums | $43,515.52 |
| Attorneys' Fees: | |
| Finding as to reasonable number of hours: | 25.40 |
| Finding as to reasonable hourly rate: | $215.00-$275.00 |

| | |
|---|---|
| Attorneys' Fees Total | $7,825.00 |

Court Costs, Now Taxed:

| | |
|---|---|
| Service of Process | $65.00 |
| SUBTOTAL | $769,221.46 |

Additional Costs:

| | |
|---|---|
| Prior Counsel's Fees & Costs | |
| | $18,702.71 |
| SUBTOTAL | $787,924.17 |

| | |
|---|---|
| **TOTAL** | **$787,924.17** |

2.      **Interest.**  The grand total amount referenced in paragraph 1 shall bear interest from this date forward at the prevailing legal rate of interest.

3.      **Lien on Property.**  Plaintiff, whose address is c/o Diaz Anselmo & Associates, P.A., PO BOX 19519, Fort Lauderdale, FL 33318, holds a lien for the grand total sum superior to all claims or estates of defendant(s), on the following described property in Miami-Dade County, Florida:

**LOT 53 OF LUNSFORD GARDENS, ACCORDING TO THE PLAT THEREOF AS RECOREDED IN PLAT BOOK 30, PAGE 4, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

**Property Address:** 1575 W 6TH AVE, HIALEAH, FL 33010

4.  **Sale of Property.**  If the grand total amount with interest at the rate described in paragraph 2 and all costs accrued subsequent to this judgment are not paid, the Clerk of this Court shall sell the subject property at public. Pursuant to Administrative Order 09-18, the Clerk of the Courts for the Eleventh Judicial Circuit is authorized to conduct on-line public auctions of real property in lieu of on-site auctions. The Clerk of the Courts shall conduct the sale online at www.miamidade.realforeclose.com commencing at **9:00 a.m.** on **January 18, 2022**, to the highest bidder for cash.

5.  **Costs**.  Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for the documentary stamps affixed to the certificate of title. If plaintiff is the purchaser, the clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

6.  **Distribution of Proceeds.**  On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 2 from this date to the date of the sale; and by retaining any remaining amount pending further order of this court.

7.  **Right of Redemption/ Right of Possession.**  Upon filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under Section 45.01315, Florida Statutes (2013) shall be terminated, except as to claims or rights under Chapter 718 or Chapter 720, Fla. Stat, if any. Upon filing of the Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property, subject to tenant protections in compliance with provisions of Section 83.561, Fla. Stat. (2015).

8.  **Attorneys' Fees.**  The requested attorney's fee are a flat rate fee that the firm's client has agreed to pay in this matter. Given the amount of fee requested and the labor expended, the

Court finds that a lodestar analysis is not necessary and that the flat fee is reasonable.

9.      **Jurisdiction.**  The Court retains jurisdiction of this action to enter deficiency judgments.

10.      The Court finds that the plaintiff has proved the terms of the lost note and its right to enforce the instrument as required by Florida Statute Section 673.3091. The plaintiff shall henceforth hold the defendant maker(s) of the note harmless and shall indemnify them from any loss they may incur by reason of a claim by any other person to enforce the lost note. Since adequate protection is therefore provided as required by Florida Statute Section 673.3091, judgment is hereby entered in favor of the plaintiff as to its request to enforce the lost note.

**IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THIS FINAL JUDGMENT.**

**IF YOU ARE A SUBORDINATE LIEN HOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, IF ANY, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN THE DATE THAT THE CLERK REPORTS THE FUNDS AS UNCLAIMED.  IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.**

11.      **If prior to the sale contemplated in paragraph 4 hereof, the Plaintiff has to advance money to protect its mortgage lien, including but not limited to post judgment advances for property taxes and insurance, property preservation costs, post judgment attorney's fees and costs and post judgment bankruptcy fees and costs, the Plaintiff or its Attorneys shall certify by affidavit to the Clerk and the amount due to Plaintiff as shown in paragraph 1 above shall be increased by the amount of such advances for purposes of calculating Plaintiff's credit bid and redemption amount, without further order of the Court.**

12.      **The Plaintiff, may assign the Judgment or the bid to a third party without further order of the Court. If the Plaintiff or Plaintiff's assignee is the purchaser at**

the sale, the Clerk shall credit on the bid of the Plaintiff or Plaintiff's assignee the total sum herein found to be due the Plaintiff pursuant to the paragraphs above, or such portion thereof as may be necessary to pay fully the bid of the Plaintiff or Plaintiff's assignee.

13.     If the United States of America is a Defendant in this action, they shall have the right of redemption provided by 28 U.S.C. §2410(c) from the issuance of a Certificate of Title, but the right shall thereafter expire.

14.     **Additional Attorneys' Fees.** The court finds, based upon the affidavits/testimony presented and upon reasonable inquiry of counsel for the plaintiff that 25.40 hours were reasonably expended by that plaintiff's counsel and that an hourly rate of $215.00-275.00.00 is appropriate. Plaintiff's counsel represents that the attorneys' fee awarded does not exceed its contract fee with the plaintiff. The court finds that there is/are no reduction or enhancement factors for consideration by the court pursuant to *Florida Patients Compensation Fund v. Rowe*, 472 So. 2d 1145 (Fla. 1985). (If the court has found that there are reduction or enhancement factors to be applied, then reduction or enhancement factors must be identified and explained herein.)

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 8th day of November, 2021.

2016-033272-CA-01 11-08-2021 5:43 PM
Hon. David C. Miller

**CIRCUIT COURT JUDGE**
Electronically Signed

Final Order as to All Parties SRS #: **12** (Other)

THE COURT DISMISSES THIS CASE AGAINST ANY PARTY NOT LISTED IN THIS FINAL ORDER OR PREVIOUS ORDER(S). THIS CASE IS CLOSED AS TO ALL PARTIES.

**Electronically Served:**

Ashlee A Pouncy, jrucker@miamidade.gov
Carlos Garcia, carcia82@yahoo.com
Julio C Marrero, forservice@marrerolawfirm.com
Julio C Marrero, lauren@marrerolawfirm.com
Kathryn I. Kasper, kik@tblaw.com
Kathryn I. Kasper, floridaservice@tblaw.com
Kendra J Taylor, ktaylor@itsaboutjustice.law
Kendra J Taylor, daniel@itsaboutjustice.law
Matthew R. Feluren, mrf@tblaw.com
Matthew R. Feluren, floridaservice@tblaw.com
Ricardo A Rodriguez, ricardo@rdgzlaw.com
Ricardo A Rodriguez, araxsr@gmail.com
Ricardo A Rodriguez, mail@rdgzlaw.com
Roy A Diaz, Answers@DALlegal.com
Steven H. Rothstein, stevenrothstein@miamibeachfl.gov


**Physically Served:**

# MOTION FOR RELIEF
# EXHIBIT "B"



**PEDRO J. GARCIA**
**MIAMI-DADE PROPERTY APPRAISER**

| Address | Owner Name | Subdivision Name | Folio |

**SEARCH:** `1575 W 6TH AVE`   Suite   🔍    Back to Search Results

## PROPERTY INFORMATION

**Folio:** 04-3013-009-0197

**Sub-Division:**
LUNSFORD GDNS

**Property Address**
1575 W 6 AVE

**Owner**
CARLOS GARCIA

**Mailing Address**
10000 NORTH WEST CT #2545
HIALEAH, FL 33016

**PA Primary Zone**
0100 SINGLE FAMILY - GENERAL

**Primary Land Use**
0101 RESIDENTIAL - SINGLE FAMILY : 1 UNIT

| | |
|---|---|
| Beds / Baths / Half | 3 / 2 / 0 |
| Floors | 1 |
| Living Units | 1 |
| Actual Area | 1,763 Sq.Ft |
| Living Area | 1,535 Sq.Ft |
| Adjusted Area | 1,570 Sq.Ft |
| Lot Size | 4,500 Sq.Ft |
| Year Built | Multiple (See Building Info.) |



Zoom

2022 Aerial Photography

### Featured Online Tools

| | | |
|---|---|---|
| Comparable Sales | Glossary | PA Additional Online Tools |
| Property Record Cards | Property Search Help | Property Taxes |
| Report Discrepancies | Report Homestead Fraud | Special Taxing Districts and Other Non-Ad valorem Assessments |
| Tax Comparison | Tax Estimator | TRIM Notice |
| Value Adjustment Board | | |

## ASSESSMENT INFORMATION

| Year | 2023 | 2022 | 2021 |
|---|---|---|---|
| Land Value | $148,606 | $123,838 | $104,668 |
| Building Value | $147,557 | $140,239 | $102,829 |
| Extra Feature Value | $4,917 | $4,981 | $5,046 |
| Market Value | $301,080 | $269,058 | $212,543 |
| Assessed Value | $257,176 | $233,797 | $212,543 |

## TAXABLE VALUE INFORMATION

| | 2023 | 2022 | 2021 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $0 | $0 | $0 |

| | | | |
|---|---|---|---|
| Taxable Value | $257,176 | $233,797 | $212,543 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $301,080 | $269,058 | $212,543 |
| **CITY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $257,176 | $233,797 | $212,543 |
| **REGIONAL** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $257,176 | $233,797 | $212,543 |

## BENEFITS INFORMATION

| Benefit | Type | 2023 | 2022 | 2021 |
|---|---|---|---|---|
| Non-Homestead Cap | Assessment Reduction | $43,904 | $35,261 | |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## FULL LEGAL DESCRIPTION

LUNSFORD GARDENS PB 30-4

LOT 53

LOT SIZE 45.000 X 100

OR 19549-2197 0201 1

COC 22950-1955/23176-1977 1204 1

COC 26116-0380 10 2007 6

## SALES INFORMATION

| Previous Sale | Price | OR Book-Page | Qualification Description |
|---|---|---|---|
| 10/01/2007 | $320,000 | 26116-0380 | Other disqualified |
| 12/01/2004 | $230,000 | 22950-1955 | Sales which are qualified |
| 02/01/2001 | $137,900 | 19549-2197 | Sales which are qualified |
| 09/01/1979 | $45,000 | 10525-0589 | Sales which are qualified |
| 01/01/1978 | $37,900 | 09928-0482 | Sales which are qualified |

For more information about the Department of Revenue's Sales Qualification Codes.

| 2023 | 2022 | 2021 |

## LAND INFORMATION

| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |
|---|---|---|---|---|---|
| GENERAL | R-1 | 0100 - SINGLE FAMILY - GENERAL | Front Ft. | 45.00 | $148,606 |

## BUILDING INFORMATION

| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |
|---|---|---|---|---|---|---|
| 1 | 1 | 1965 | 1,327 | 1,275 | 1,221 | $119,414 |
| 1 | 2 | 1986 | 260 | 260 | 173 | $20,021 |
| 2 | 1 | 1986 | 176 | 0 | 176 | $8,122 |

Current Building Sketches Available

## EXTRA FEATURES

| Description | Year Built | Units | Calc Value |
|---|---|---|---|
| Patio - Concrete Slab | 2011 | 380 | $1,353 |
| Wood Fence | 1986 | 40 | $467 |
| Aluminum Modular Fence | 1986 | 45 | $1,117 |
| Patio - Concrete Slab | 1986 | 565 | $1,605 |
| Patio - Brick, Tile, Flagstone | 1986 | 48 | $375 |

## ADDITIONAL INFORMATION

\* The information listed below is not derived from the Property Appraiser's Office records. It is provided for convenience and is derived from other government agencies.

### LAND USE AND RESTRICTIONS

| | | | |
|---|---|---|---|
| Community Development District: | NONE | Community Redevelopment Area: | NONE |
| Empowerment Zone: | NONE | Enterprise Zone: | NONE |
| Urban Development: | INSIDE URBAN DEVELOPMENT BOUNDARY | Zoning Code: | R-1 - |
| | | Existing Land Use: | 11 - SINGLE-FAMILY, HIGH DENSITY (OVER 5 DU/GROSS ACRE, OTHER THAN TOWNHOUSES, DUPLEXES AND MOBILE HOMES). |

Government Agencies and Community Services

### OTHER GOVERNMENTAL JURISDICTIONS

| | | |
|---|---|---|
| Business Incentives | Childrens Trust | City of Hialeah |
| Environmental Considerations | Florida Inland Navigation District | PA Bulletin Board |
| Special Taxing District and Other Non-Ad valorem Assessment | School Board | South Florida Water Mgmt District |
| | Tax Collector | |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

For inquiries and suggestions email us at http://www.miamidade.gov/PAPortal/ContactForm/ContactFormMain.aspx.

Version: 2.0.3

### EXEMPTIONS & BENEFITS

Deployed Military

Disability Exemptions

Homestead

Institutional

Senior Citizens

More >

### REAL ESTATE

40 Yr Building Re-Certification

Appealing Your Assessment

Defective Drywall

Folio Numbers

Mortgage Fraud

More >

### TANGIBLE PERSONAL PROPERTY

Appealing your Assessment

Assessment Information Search

Exemptions

Extension Requests

Filing Returns

More >

### PUBLIC RECORDS

Address Blocking

Change of Name

Change of Address

Change of Ownership & Title

Declaration of Condominium

More >

### ONLINE TOOLS

Property Search

Property Sales

Tax Estimator

Tax Comparison

Homestead Exemption and Portability

More >

### TAX ROLL ADMINISTRATION

Appealing your Assessment

Reports

More >

Home    Privacy Statement    Disclaimer    About Us    ADA Notice    Contact Us    

© 2014 Miami-Dade County. All rights reserved.