

**ORDERED in the Southern District of Florida on September 19, 2023.**

_____
Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

| | |
|---|---|
| CARLOS GARCIA, | CASE NO.: 22-17692-RAM |
| | CHAPTER 13 |
| Debtor(s). | |
| _____/ | |

**ORDER GRANTING CREDITOR'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY
TO ENFORCE FINAL JUDGMENT OF FORECLOSURE**
*Property Address: 1575W 6TH AVE, HIALEAH, FL 33010*

THIS CAUSE came before the Court on September 19, 2023, on Creditor's, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ("Creditor"), Motion for Relief from the Automatic Stay [D.E. 49]. The Court having considered the Motion and having been otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED:**

1. Creditor's Motion for Relief from the Automatic Stay to Enforce Final Judgment of Foreclosure is **GRANTED**.

2. The Automatic Stay imposed by 11 U.S.C. §362 is lifted as to this Creditor its successors and/or assignees, and the Creditor may proceed with foreclosure of its lien on the following property:

> **LOT 53 OF LUNSFORD GARDENS, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 30, PAGE 4, OF THE PUBLIC OF MIAMI DADE COUNTY FLORIDA.**
>
> **Property Address:** *1575W 6TH AVE, HIALEAH, FL 33010*

3. This Order is entered for the sole purpose of allowing Creditor, its successors and/or assignees, to obtain an *in rem* judgment against the property described above. Creditor shall not seek an *in personam* judgment against Debtor(s).

4. The 14 day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3) is waived so that Creditor can pursue its *in rem* remedies.

5. The Trustee shall disburse no further payments to Creditor, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT pursuant to Claim No. 1 filed on November 15, 2022.

###

Submitted by:

Ida. A. Moghimi-Kian
Diaz Anselmo & Associates, P.A.
PO BOX 19519
Fort Lauderdale, FL 33318
***Attorneys for Creditor***

***Attorney for Creditor, Ida A. Moghimi-Kian, is directed to serve copies of this order on the parties listed and file a certificate of service.***

Copies furnished to:

CARLOS GARCIA
1575 WEST 6 AVENUE
HIALEAH, FL 33010
*Debtor(s)*

RICARDO A. RODRIGUEZ
14261 COMMERCE WAY, STE. 105
MIAMI LAKES, FL 33016
*Attorney for Debtor(s)*

NANCY K. NEIDICH
PO BOX 279806
MIRAMAR, FL 33027
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*